(June 26, 1991)

■ In the Matter of MICHAEL RAPHAEL for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Michael Raphael, reinstated as an attorney and counselor at law in the State of New York, effective immediately. Order entered. Mahoney, P. J., Casey, Weiss, Mikoll and Harvey, JJ. concur.